920 A.2d 1228

IN THE MATTER OF ANTHONY LARUSSO, AN ATTORNEY
AT LAW (ATTORNEY NO. 230121969).

May 11, 2007.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–343, concluding that **ANTHONY LaRUSSO** of **WEST CALDWELL**, who was admitted to the bar of this State in 1969, should be censured for violating *RPC* 1.7(a)(2) (conflict of interest—representing a client when the representation is directly adverse to another client), and good cause appearing;

It is ORDERED that **ANTHONY LaRUSSO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.